**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 03, 2011, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: February 03, 2011**



**Entered pursuant to Administrative Order No. 02-10, Kenneth J. Hirz, Clerk of Bankruptcy Court
By: /s/ Debbie Kifer
              Deputy Clerk**

_____

11/05

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| In re: | ) | Case No. 10-20735 |
|---|---|---|
| | ) | |
| Earl Ray Proctor, Jr., | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge: Arthur I. Harris |

**ORDER ON DEBTOR(S)
TO APPEAR AND SHOW CAUSE**

It appearing to the Court that the Debtor(s) failed to:

____ file a matrix/list of creditors.

____ file a plan within the time required by Bankruptcy Rule 3015.

____ file schedules and statements timely per 11 U.S.C. § 521 and Bankruptcy Rule 1007.

_X_ pay filing fee installment(s) as required by this Court's order.

____ file a Form B21 as required by Rule Bankruptcy 1007.

____ file Declaration RE: Electronic Filing as required by General Order 02-2.

____ file the correct petition (Official Form 1) (4/10).

____ file Certificate of Credit Counseling as required by 11 U.S.C. § 521(b)(1).

____ file Means Test as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

____ file Form B201 Notice to Individual Consumer Debtor per 11 U.S.C. §§ 342(b) & 521(a).

____ file payment advices received 60 days before the date of the filing of the petition as required by 11 U.S.C. § 521(a)(1); Bankruptcy Rule 1007.

____ Other:

10-20735-aih    Doc 18    FILED 02/05/11    ENTERED 02/06/11 00:22:25    Page 1 of 3

WHEREFORE, counsel for the Debtor(s) or the Debtor, if the Debtor is proceeding pro se, is ordered to appear at a hearing scheduled for **March 1, 2011 at 10:00 A.M.**, Courtroom 1A, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114-1235, and show cause why this case should not be dismissed or converted under 11 U.S.C. § 707, 1112, or 1307 for the failure(s) described above. **Filing the document(s) or paying the fee(s) shall not excuse the attorney or pro se debtor from appearing at the hearing unless the Court advises otherwise.**

Served the following parties via the Bankruptcy Noticing Center: Debtor; Debtor's Attorney-Diana Khouri; Trustee-Alan Treinish; US Trustee & Courtroom Deputy

By: D. Kifer     Date: February 3, 2011

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: dkife              Page 1 of 1              Date Rcvd: Feb 03, 2011
Case: 10-20735                Form ID: pdf984          Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 05, 2011.
```
ust           +Cynthia J. Thayer,   US Department of Justice,   201 Superior Avenue,   Suite 441,
               Cleveland, OH 44114-1234
```

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2011                       Signature:  _/s/ Joseph Speetjens_____