```
                          United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                      Case No. 10-20735-aih
Earl Ray Proctor                                            Chapter 7
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: lchit            Page 1 of 1            Date Rcvd: May 02, 2011
                              Form ID: 111           Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2011.
```
db          +Earl Ray Proctor, Jr.,    1317 Riverside Drive,    Painesville, OH 44077-5162
20108162    +Arrow Financial Service,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
20108164   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     5225 Crooks Road, Ste. 140,    Troy, MI  48098)
20108163    +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
20108165    +First Federal Credit Control,    24700 Chagrin Blvd., Ste. 205,    Cleveland, OH 44122-5662
20108166    +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
20108167    +Lake County Reg. Office,    47 N. Park Place,    Painesville, OH 44077-3464
20108168    +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
20108169    +Painesville Municipal Court,    7 Richmond Street,    Painesville, OH 44077-3250
20108170    +Revenue Group,   3700 Park East Drive, Ste. 240,    Beachwood, OH 44122-4343
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust         +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov May 02 2011 21:41:57      Cynthia J. Thayer,
              US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
20120510     E-mail/PDF: rmscedi@recoverycorp.com May 03 2011 01:00:04      Capital Recovery III LLC,
              c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605,
              Attn: Ramesh Singh
20119922     E-mail/PDF: rmscedi@recoverycorp.com May 03 2011 00:50:38
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2011**                    **Signature:**        /s/ Joseph Speetjens

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Earl Ray Proctor Jr.
1317 Riverside Drive
Painesville, OH 44077

**Case Number:** 10−20735−aih

**Chapter:** 7

**Judge:** ARTHUR I HARRIS

## NOTICE TO THE DEBTOR AND OTHER PARTIES IN INTEREST ABOUT ATTORNEY DIANA KHOURI

To the Debtor:

The docket of the U.S. Bankruptcy Court shows that you are represented by the above−captioned attorney. On APRIL 28, 2011, the Court revoked the above−captioned attorney's privilege to file documents through the Court's electronic filing system. Without those privileges, it would be difficult for the above−captioned attorney to represent you in this case. The attorney cannot file documents electronically without special permission from the Court, which has not been granted. If you wish to find another attorney to represent you, you may contact your local bar association for a list of other attorneys who handle bankruptcy cases. The bar association information is available on the court's web site at www.ohnb.uscourts.gov.

**Date:** May 2, 2011
Form ohnb111

KENNETH J. HIRZ
CLERK OF COURT